**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND ASSIGNS, § § § § *Plaintiff,* § § v. § § MONICA SMITH and CHESTER L. § CARR, II and/or ALL OTHER § OCCUPANTS, § § *Defendants.* § | | Case No. 4:13cv197 (Judge Clark/Judge Mazzant) |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 6, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that plaintiff's Motion to Remand [Doc. #4] be granted and the case remanded to County Court at Law No. 2, Collin County, Texas.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that plaintiff's Motion to Remand [Doc. #4] is granted and the case is remanded to County Court at Law No. 2, Collin County, Texas.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** on July  21 , 2013.

_____
Ron Clark, United States District Judge